1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT FOR THE**
9                  **EASTERN DISTRICT OF CALIFORNIA**
10
11   **JOE PARKS,**                          )   **1:09-CV-1314  AWI DLB**
                                             )
12                  **Plaintiff,**           )   **ORDER TAKING**
          **v.**                             )   **DEFENDANTS' MOTION TO**
13                                           )   **DISMISS UNDER**
     **BOARD OF TRUSTEES OF THE**            )   **SUBMISSION**
14   **CALIFORNIA STATE UNIVERSITY,**        )
     **PAUL BEARE, JOHN WELTY,**             )
15   **JANETTE REDD-WILLIAMS, JANICE**       )
     **PARTEN, JERI ECHEVERRIA, and**        )
16   **DOES 1-50,**                          )
                                             )
17                  **Defendants.**          )
     _____)
18
19
20          Defendants have noticed for hearing and decision a motion to dismiss.  The matter was

21   scheduled for hearing to be held on January 25, 2010.  Pursuant to Local Rule 78-230(c),

22   Plaintiff was required to file either an opposition or a notice of non-opposition no later than

23   January 11, 2010.  Plaintiff has not done so.

24          Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in

25   violation of the Local Rules.  See Local Rule 78-230(c).  Plaintiff is further not entitled to be

26   heard at oral argument in opposition to the motion.  Id.  The court has reviewed Defendants'

27   motion and the applicable law, and has determined that the motion is suitable for decision

28   without oral argument.  See Local Rule 78-230(h).

Therefore, IT IS HERBY ORDERED that the previously set hearing date of January 25, 2010, is VACATED, and no party shall appear at that time.  As of January 25, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   January 19, 2010**            /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE

2