IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PARKS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, PAUL BEARE, JOHN WELTY, JANETTE REDD-WILLIAMS, JANICE PARTEN, JERI ECHEVERRIA, and DOES 1-50,<br><br>　　　　Defendants. | 1:09-CV-1314  AWI DLB<br><br>ORDER VACATING HEARING AND TAKING DEFENDANTS' MOTION TO DISMISS UNDER SUBMISSION |

　　Defendants have noticed for hearing and decision a motion to dismiss.  The matter was scheduled for hearing to be held on April 5, 2010.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than March 22, 2010.  Plaintiff did not done so.

　　Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules.  See Local Rule 230(c).  Plaintiff is further not entitled to be heard at oral argument in opposition to the motion.  Id.  The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

1     Therefore, IT IS HERBY ORDERED that the previously set hearing date of April 5,
2 2010, is VACATED, and no party shall appear at that time.  As of April 5, 2010, the Court will
3 take the matter under submission, and will thereafter issue its decision.

5 IT IS SO ORDERED.

6 **Dated:**   **March 31, 2010**                            /s/ **Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE