IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PARKS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br>et. al.,<br><br>　　　　　Defendants. | 1:09-CV-1314  AWI GSA<br><br>ORDER TAKING<br>DEFENDANTS' MOTION TO<br>FOR SUMMARY JUDGMENT<br>UNDER SUBMISSION |

　　Currently set for hearing and decision on April 11, 2011, is Defendants' motion for summary judgment. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 11, 2011, is VACATED, and the parties shall not appear at that time. As of April 11, 2011, the Court will take Defendants' motion under submission and will thereafter issue its decision. IT IS SO ORDERED.

Dated:     April 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE